# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR., <br>        Petitioner, <br>   v. <br> JERRY BROWN, Governor, <br>        Respondent. | NO. CV 14-1793-BRO (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: March 5, 2015

_____
BEVERLY REID O'CONNELL
United States District Judge